IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK E. KREEGER III,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF NEBRASKA, D&E CENTER (LANCASTER COUNTY), and LANCASTER COUNTY, Diagnostic & Evaluation Center, Official capacity;<br><br>　　　　　　Defendants. | 8:24CV26<br><br>ORDER |
| FRANK EDWARD KREEGER III,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SARPY COUNTY SHERIFFS, and DOUGLAS COUNTY JAIL,<br><br>　　　　　　Defendants. | 8:24CV43<br><br>ORDER |

　　　The above-captioned matters are before the Court on what the Court construes as Plaintiff's Motion for Extension of Time, Filing No. 12, Case No. 8:24CV26; Filing No. 10, Case No. 8:24CV43, filed on March 13, 2024. Plaintiff requests a 90-day extension to pay his initial partial filing fee of $144.74 in both cases "due to the fact Sarpy County Correctional Facility does not take money off my account for civil cases." *Id*. Upon consideration, the Court will grant Plaintiff's motion, and he shall have until June 26, 2024, to pay his initial partial filing fee in both cases. Given the length of the extension, no further extensions shall be granted. Plaintiff is advised that he should promptly

inform the Court if his institution fails to honor his requests to remit his initial partial filing fee payments to the Court.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Extension of Time, Filing No. 12, Case No. 8:24CV26; Filing No. 10, Case No. 8:24CV43, is granted. Plaintiff shall have until **June 26, 2024**, to pay his initial partial filing fee of $144.74 in both of the above-captioned cases. **No further extensions shall be granted**.

2. The Clerk of Court is directed to set a pro se case management deadline in both Case No. 8:24CV26 and Case No. 8:24CV43 using the following text: **June 26, 2024**: initial partial filing fee payment due.

Dated this 18th day of March, 2024.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge

2